1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARNETT LAURENCE DRAKE,              1:09-cv-001768 YNP (HC)

12              Petitioner,               ORDER GRANTING MOTION
                                          TO PROCEED IN FORMA PAUPERIS
13        vs.
                                          (DOCUMENT #3)
14   ANTHONY HEDGPETH,

15              Respondent.
                                    /
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis and a copy of petitioner's prison

20   trust account statement.   Examination of these documents reveals that petitioner is unable to afford

21   the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See

22   28 U.S.C. § 1915.

23

24        IT IS SO ORDERED.

25   **Dated:   October 15, 2009**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28